IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FLOR VILLARREAL | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:16-CV-00190 |
| | § | |
| ALLSTATE TEXAS LLOYDS | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Flor Villarreal, and Defendant, Allstate Texas Lloyds, file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On February 18, 2016, Plaintiff, Flor Villarreal sued Defendant.

2. Plaintiff, Flor Villarreal, moves to dismiss his suit.

3. Defendant agrees to the dismissal of Flor Villarreal's claims.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Flor Villarreal's case.

9. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,


/S/ Andres Arguello
Andres Arguello
Attorney in Charge
State Bar No. 24089970
1110 Nasa Parkway, Suite 620
Houston, Texas  77058

Of Counsel:

**ARGUELLO HOPE & ASSOCIATES**
1110 Nasa Parkway, Suite 620
Houston, Texas  77058
Telephone: (281) 532-5528
Facsimile: (281) 402-3534


/S/  David M. Roerig
David M. Roerig
Attorney In Charge
Fed. I.D. No. 915786
State Bar No. 24060513

Of Counsel:

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 N. 10th Street
McAllen, TX  78504
(956) 393-6300
(956) 386-1625 Fax
Droerig@rofllp.com
Cheryla@rofllp.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Plaintiff, as follows:

Andres Arguello
**ARGUELLO HOPE & ASSOCIATES**
1110 Nasa Parkway, Suite 620
Houston, Texas  77058

on this 20th day of January, 2017.

/S/    David M. Roerig
DAVID M. ROERIG